

3

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-01-191 | DATE & TIME: 02-28-02 AT 1:30 P.M. |
| SAGE CAPITAL CORPORATION, ET AL. | PLAINTIFF(S) CHRISTOPHER H. BOSWELL COUNSEL |
| VS. | |
| SWEEZY CONSTRUCTION, INC. ET AL. | DEFENDANT(S) JUAN A. MAGALLANES COUNSEL |

---

Attorney Christopher Boswell appeared telephonically. No service has been had on Sweezy.

Sage will determine if they wish to proceed. Sage has recovered its property.

Status conference will be set.