4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| SAGE CAPITAL CORPORATION, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-191 |
| § | |
| SWEEZY CONSTRUCTION, INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

| PLACE: | ROOM NO.· |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **APRIL 17, 2002 AT 1:45 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 4, 2002

TO·      MR. CHRISTOPHER H. BOSWELL
         MR. JUAN A. MAGALLANES