United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPTIAL CORPORATION f/k/a SAFECO CREDIT CO. INC., | § § § § | |
| | § | CIVIL ACTION NO. B-01-191 |
| v. | § § | |
| | § | |
| SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sweezy Construction, Inc., Defendant, and files this its Notice of Appearance of Counsel and would respectfully show the Court as follows:

Defendant has retained **J. A. Magallanes of Magallanes, Hinojosa & Manicas, P.C.** as attorney in charge to represent it in this cause. Further, Defendant has retained **Carlos Escobar of Magallanes, Hinojosa & Manicas, P.C.** as of counsel to represent it in this cause. **J. A. Magallanes of Magallanes, Hinojosa & Manicas, P.C.** hereby enters his appearance as attorney in charge for Defendant, Sweezy Construction, Inc. **Carlos Escobar** hereby enters his appearance as of counsel for Defendant, Sweezy Construction, Inc..

WHEREFORE, PREMISES CONSIDERED, Defendant, Sweezy Construction, Inc. respectfully requests that the above named counsel be entered as attorneys for Defendant, Sweezy Construction, Inc..

Respectfully submitted,
MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____
[For the Firm]
J. A. Magallanes
State Bar No. 12809500
Fed Id. No. 2258
Carlos Escobar
State Bar No. : 24025351
Fed Id No.: 25649

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2002, a true and correct copy of the foregoing document was served on the following counsel of record via hand delivery:

Chris Boswell
515 E. Harrison, Ste. "A"
Harlingen, Texas 78550

[For the Firm]
J. A. Magallanes
Carlos Escobar