THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-01-191 | DATE & TIME: 04-17-02 AT 1:45 P.M. |
| SAGE CAPITAL CORPORATION, ET AL. | PLAINTIFF(S) CHRISTOPHER H. BOSWELL COUNSEL |
| VS. | |
| SWEEZY CONSTRUCTION, INC. ET AL. | DEFENDANT(S) JUAN A. MAGALLANES COUNSEL |

---

Attorney Christopher Boswell appeared. Plaintiff's will pursue case. Defendants have been served.