B-01-191                                                                7

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | United States District Court Southern District of Texas FILED |
|---|---|
| Service of the Summons and complaint was made by me(1)  DATE April 16, 2002 | APR 2 9 2002 |
| NAME OF SERVER (PRINT) ERNESTO ABREGO  TITLE CIVIL PROCESSING AGENT | Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1713 Boca Chica Blvd. Brownsville, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL MILEAGE $20.40 | SERVICES 65.00 | TOTAL 85.40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-16-02
             Date                  Signature of Server

                                   P.O. Box 536 Los Fresnos, TX. 78566
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.