B-01-191-                                    8

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | United States District Court Southern District of Texas FILED |
|---|---|

| Service of the Summons and complaint was made by me[1] | DATE 4-18-02 | APR 2 9 2002 |
|---|---|---|
| NAME OF SERVER *(PRINT)* ERNESTO ABREGO | TITLE CIVIL PROCESSING AGENT | Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *PAULINE SWEEZY*

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL -0- | SERVICES 45.00 | TOTAL 45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-02
                   Date

_Ernesto Abrego_
Signature of Server

_P.O. Box 536 Los Fresnos, TX. 78566_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.