UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO., INC., | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION INC., KENT M. SWEEZY, and PAULINE SWEEZY, | § § § § | |
| Defendants. | § | |

### DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE SUIT

Defendants file this motion to dismiss for insufficient service, as authorized by Federal Rule of Civil Procedure 12(b) 5.

#### A. Introduction

1. SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO. INC., is Plaintiff. SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY are Defendants.

2. Plaintiff sued Defendants for breach of lease agreement with an application for sequestration by filing its' complaint on November 13, 2001. Defendants were not served with summons until more than 120 days after the filing of Plaintiff's complaint.

3. The service is insufficient; therefore, the Court should dismiss the suit.

#### B. Argument

4. If service of the summons and complaint is not made upon Defendants within 120 days after the filing of the complaint, the Court shall dismiss the action. *See* Federal Rule of Civil

Procedure 4(m).

5.  In this case, the Court should dismiss the suit because Plaintiff failed to serve Defendants with summons and complaint with 120 days from the filing of the complaint by Plaintiff.

6.  Defendants were prejudiced by the insufficiency in the service of the summons because Defendants have surrendered the leased equipment to Plaintiff on representations made by Plaintiff that in return for the surrender of the lease equipment, Plaintiff would dismiss its' complaint against Defendants.

## C. Conclusion

7.  Because the service of process was insufficient, the Court should dismiss the suit.

Respectfully submitted,

Magallanes, Hinojosa and Mancias, P.C.

_____
For the Firm
J.A. Magallanes
Southern District Bar # 2258
Texas Bar # 12809500
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290

**ATTORNEYS FOR DEFENDANTS SWEEZY CONSTRUCTION , INC., KENT SWEEZY AND PAULINE SWEEZY**

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of April 2002, a true and correct copy of the above and foregoing document was served on each party to this action, the party's duly authorized agent or the attorney in charge, as the case may be:

☐ In person or by agent to the individual named below:

☐ By courier with receipt delivery at the address listed below:

☐ By U.S. certified or registered mail too the party's last known address as indicated below:

☒ By telephone document transfer to the recipient's current telephone number and at the address indicated below:

        Chris Boswell
        STAPLETON, CURTIS & BOSWELL, L.L.P.
        515 E. Harrison, Suite "A"
        Post Office Box 2644
        Harlingen, Texas 78551

_____
J.A. Magallanes