# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

SAGE CAPITAL CORPORATION, ET AL.   §
§
VS.   §   CIVIL ACTION NO. B-01-191
§
SWEEZY CONSTRUCTION, INC., ET AL.   §

TYPE OF CASE:   __X__ CIVIL   ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANTS' MOTION TO DISMISS

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 22, 2002 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 2, 2002

TO:   MR. CHRISTOPHER H. BOSWELL
      MR. JUAN A. MAGALLANES