UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a | § | |
| SAFECO CREDIT CO., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION COMPANY, | § | |
| INC., KENT M. SWEEZY, and | § | |
| PAULINE SWEEZY, | § | |
| | § | |
| Defendants. | § | |

DEFENDANTS' ORIGINAL ANSWER SUBJECT TO
DEFENDANTS' MOTION TO DISMISS SUIT

Defendants, SWEEZY CONSTRUCTION, INC., KENT SWEEZY, and PAULINE

SWEEZY, subject to Defendants' Motion to Dismiss Suit and without waving same, file this

Original Answer to Plaintiff, SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO.,

INC.'S original complaint.

A. Admissions & Denials

1.      Defendants admit the allegations in paragraphs 1, and 2.

2.      Defendants deny the allegations in paragraphs 10, 11 and 12.

3.      Defendants are without knowledge or information sufficient to form a belief as to

        the truth of paragraphs 3, 4, 5, 6, 7, and 8.

4.      Defendants admit to the allegations in paragraph 9, but deny the allegation that

        Defendant have refused and still refuse to deliver possession of the Leased

        Equipment to Plaintiff nor to allow Plaintiff to take possession of the Leased

        Equipment.

## B. Affirmative Defenses

5.    Even if Plaintiff proves the allegations in its complaint, Defendants are not liable to Plaintiff because :

    a.    Defendants assert offset and/or set off and are not liable to Plaintiff in the amount alleged in Plaintiff's complaint;

    b.    Defendants assert Plaintiff has failed to mitigate its damages; and

    c.    Defendants, Kent Sweezy and Pauline Sweezy, are not liable to Plaintiff in the capacity for which Defendants, Kent Sweezy and Pauline Sweezy are being sued.

## C. Condition Precedent

6.    Plaintiff has not performed all conditions precedent that it was required to perform before filing suit.

## D. Prayer

8.    For these reasons, Defendants, without waving its Motion to Dismiss, ask the Court to enter a judgment that Plaintiff take nothing, dismiss plaintiff's suit with prejudice, assess costs against Plaintiff and award Defendants all other relief to which they are entitled.

Respectfully submitted,

Magallanes, Hinojosa and Mancias, P.C.

_____

For the Firm
J.A. Magallanes
Southern District Bar # 2258
Texas Bar # 12809500

1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290

**ATTORNEYS FOR DEFENDANTS
SWEEZY CONSTRUCTION
COMPANY, INC., KENT SWEEZY
AND PAULINE SWEEZY**

## CERTIFICATE OF SERVICE

I hereby certify that on __15th__ day of May 2002, a true and correct copy of the above and foregoing document was served on each party to this action, the party's duly authorized agent or the attorney in charge, as the case may be:

☐      In person or by agent to the individual named below:

☐      By courier with receipt delivery at the address listed below:

☐      By U.S. certified or registered mail too the party's last known address as indicated below:

☐      By telephone document transfer to the recipient's current telephone number and at the address indicated below:

Chris Boswell
STAPLETON, CURTIS & BOSWELL, L.L.P.
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551

J/A. Magallanes

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a<br>SAFECO CREDIT CO., INC., | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC.,<br>KENT M. SWEEZY, and<br>PAULINE SWEEZY, | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## VERIFICATION

Before me, the undersigned Notary Public, on this day personally appeared **Kent Sweezy**, who after being duly sworn, stated under oath that he is the Defendants' authorized agent in this action; that he has read the above Original Answer and that every statement contained in the Defendants' Original Answer is within his personal knowledge and is true and correct.

_____
Kent Sweezy, Individually and as agent
for Sweezy Construction, Inc., and
Pauline Sweezy

SUBSCRIBED AND SWORN TO BEFORE ME on this 15 of May, 2002.

_____
Name of Notary
Notary Public in and for the
State of Texas

My commissions expires December 4, 2005



PAMELA VALLECILLO
MY COMMISSION EXPIRES
December 4, 2005