THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' MOTION TO DISMISS

United States District Court
Southern District of Texas
FILED

MAY 2 2 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-191          DATE & TIME:   05-22-02 AT 1:30 P.M.

SAGE CAPITAL CORPORATION,          PLAINTIFF(S)   CHRISTOPHER H. BOSWELL
ET AL.                             COUNSEL

VS.

SWEEZY CONSTRUCTION, INC.          DEFENDANT(S)   JUAN A. MAGALLANES
ET AL.                             COUNSEL

---

Hearing was passed.