15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

**MAY 22 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a<br>SAFECO CREDIT CO., INC. | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., KENT<br>M. SWEEZY AND PAULINE SWEEZY | §<br>§<br>§ | |

## ORDER

Upon consideration of the Defendants' Memorandum in Support of Motion to Dismiss the

Suit (Docket No. 10), the Court finds that the Motion should be found **MOOT**.

DONE at Brownsville, Texas, this 22nd day of May, 2002.

John Wm. Black

United States Magistrate Judge