IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 22 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a | § | |
| SAFECO CREDIT CO., INC., | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION, INC., | § | |
| KENT M. SWEEZY and PAULINE | § | |
| SWEEZY, | § | |
| Defendants | | |

**ORDER EXTENDING TIME IN WHICH TO EFFECT SERVICE
UNTIL APRIL 19, 2002**

On the 22nd day of May, 2002, came on for hearing Sage Capital Corporation's Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Extension of Time in Which to Effect Service of Process, *(Docket No. 13)* and the court having heard the arguments of counsel and examining the pleadings on file herein is of the opinion that such Motion shall be granted, and it is, accordingly,

ORDERED, ADJUDGED and DECREED that the Motion Extending Time in Which to Effect Service until April 19, 2002, be and the same is **GRANTED**.

SIGNED AND ORDERED this 22nd day of May, 2002.

Judge Presiding

cc: Mr. Chris Boswell
    Mr. Juan Magallanes