*18*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
ENTERED**

**SEP 2 4 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL                         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 9, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     SEPTEMBER 24, 2002

TO:     MR. CHRISTOPHER H. BOSWELL
        MR. JUAN A. MAGALLANES
        MR. CARLOS O. ESCOBAR