IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION, INC., ET AL. | § | |

CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Chris Boswell | Sage Capital Corp. | 10-9-02 |
| /s/ J.A. Magallanes w/ permission | Defendants Sweezy | 10-9-02 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPTIAL CORPORATION, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION, INC., ET AL. | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this __9th__ day of __October__, 2001.

UNITED STATES DISTRICT JUDGE