THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 0 9 2002

Michael N. Milby
Clerk of Court

| CIVIL ACTION NO. B-01-191 | DATE & TIME: 10-09-02 AT 1:30 P.M. |
|---|---|
| SAGE CAPITAL CORPORATION, ET AL. | PLAINTIFF(S) COUNSEL: CHRISTOPHER H. BOSWELL |
| VS. | |
| SWEEZY CONSTRUCTION, INC. ET AL. | DEFENDANT(S) COUNSEL: JUAN A. MAGALLANES / CARLOS ESCOBAR |

---

Attorneys Christopher Boswell and Carlos Escobar appeared in chambers.

Consent to proceed before Magistrate Judge John Wm. Black was presented to the Judge.

Scheduling order will be prepared by Court.