

United States District Court
Southern District of Texas
FILED

OCT 09 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO., INC., | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY, | § § § § | |
| Defendants | | |

## JOINT CASE MANAGEMENT PLAN

1. Pursuant to Fed. R. Civ. P. 26(f), the parties conferred through their attorneys of record on or before October 8, 2002. Those participating in the conference were:

- Chris Boswell, attorney for Sage Capital Corporation f/k/a Safeco Credit Co., Inc.; and

- Juan Magallanes, attorney for Sweezy Construction, Inc., Kent M. Sweezy and Pauline Sweezy.

2. <u>Pre-trial Disclosures</u>. The parties have agreed to exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than November 15, 2002.

3. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

a.  Discovery will be needed on the following subjects:

- Documents and evidence reflecting current balance owed on the lease of equipment and method of calculation;

- Documents and evidence reflecting value of the equipment at time of surrender;

- Documents and evidence reflecting any alleged contemporaneous or subsequent agreements of the parties;

- Documents and evidence regarding payments on the lease of equipment.

b.  All discovery commenced in time to be completed by **March 15, 2003**.

c.  Maximum of thirty (30) Interrogatories and thirty (30) Request for Production by each party to any other party. Responses due thirty (30) days after service.

d.  Maximum of thirty (30) requests for admissions by each party to any other party. Responses due thirty (30) days after service.

e.  Maximum of three (3) depositions per party.

f.  Each deposition shall be limited as follows unless extended by agreement of parties. The party asking the first question shall utilize no more than three (3) hours. Each remaining party shall be permitted a maximum of one (1) hour for examination.

g.  Reports from retained experts under Rule 26(a)(2) due from each party on or before **April 15, 2003** for Plaintiff and on or before April 30, 2003 for Defendant.

h.  Supplementations under Rule 26(e) due **May 1, 2003**.

4. <u>Other Items</u>.

a. The parties shall mediate this case on **May 1, 2003.**

b. All dispositive motions shall be filed by **May 15, 2003**.

c. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from each party by **May 15, 2003**.

d. Each party should have fifteen (15) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

e. The case should be ready for trial by **June 1, 2003** and is expected to take approximately two (2) days.

5. The Parties are in agreement to have the case go to trial before the Magistrate.

Respectfully submitted on this ___9th___ day of October, 2002.

OF COUNSEL:

STAPLETON, CURTIS &
BOSWELL, L.L.P.

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:    (956) 428-9283

Attorney for Plaintiff Sage Capital Corporation

| | |
|---|---|
| MAGALLANES, HINOJOSA & MANCIAS, P.C. | */s/ J.A. Magallanes* by CE *with permission*<br>J.A. Magallanes<br>State Bar No. 12809500<br>Southern District of Texas<br>Admissions No. 2258<br>1713 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone:     (956) 544-6571<br>Telecopier:    (956) 544-4290<br><br>Attorney for Defendants Sweezy Construction Company, Inc., Kent Sweezy and Pauline Sweezy |