

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION, | § | |
| F/K/A SAFECO CREDIT CO., INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION, INC., KENT | § | |
| M. SWEEZY AND PAULINE SWEEZY | § | |

## ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **March 14, 2003**. If additional time is required, a motion requesting such extension must be filed no later than **February 28, 2003**. Failure to file such motion shall preclude further discovery.

(2)   Plaintiff's must file expert's report no later than **April 15, 2003**.
Defendant's must file expert's report no later than **April 30, 2003**.

(3)   All dispositive motions shall be filed by **May 15, 2003**.

(4)   Final lists of witnesses and exhibits under Rule 26(a)(3) must be filed by **May 15, 2003**. Objections must be filed no later than **May 30, 2003**.

(5)   A final pretrial and settlement conference is set for **August 5, 2003 at 1:30 P.M.** before Magistrate Judge John Wm. Black

(6)   Jury selection is set for **August 1, 2003 at 1:00 P.M.** before Magistrate Judge John Wm. Black.

(7)   Trial on the merits is set for **August 11, 2003 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 10th day of October, 2002.

_____
John Wm. Black