THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 0 5 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-01-191__   DATE & TIME: __08-05-03 AT 1:30 P.M.__

__SAGE CAPITAL CORPORATION,__   PLAINTIFF(S)   __CHRISTOPHER H. BOSWELL__
__ET AL.__   COUNSEL

VS.

__SWEEZY CONSTRUCTION, INC.__   DEFENDANT(S)   __JUAN A. MAGALLANES__
__ET AL.__   COUNSEL   __CARLOS ESCOBAR__

-----------------------------------------------------------------------------------

A telephonic conference was held with attorneys Christopher Boswell and Juan Magallanes.

Parties notified Judge Black that a Motion for Continuance will be filed.