IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO., INC., Plaintiff | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY, Defendants | § § § § | |

## ORDER RESETTING TRIAL AND SETTING STATUS CONFERENCE

IT IS ORDERED that the trial of this cause now set for August 11, 2003 is continued and that a Status Conference is scheduled for the **26** day of September, 2003 at **1:30** o'clock **P**.M.

SIGNED FOR ENTRY this **12** day of August, 2003.

_____
JUDGE PRESIDING

cc:   Mr. Chris Boswell
      Stapleton, Curtis & Boswell, L.L.P.
      515 East Harrison Street, Suite "A"
      Harlingen, Texas 78550
      Attorney for Sage Capital Corporation

      Mr. J.A. Magallanes
      Magallanes, Hinojosa and Mancias, P.C.
      1713 Boca Chica Blvd.
      Brownsville, Texas 78520
      Attorney for Sweezy Construction