THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-191            DATE & TIME:   09-26-03 AT 1:30 P.M.

SAGE CAPITAL CORPORATION,            PLAINTIFF(S)    CHRISTOPHER H. BOSWELL
ET AL.                               COUNSEL

VS.

SWEEZY CONSTRUCTION, INC.            DEFENDANT(S)    JUAN A. MAGALLANES
ET AL.                               COUNSEL          CARLOS ESCOBAR

---

Parties telephoned Judge Black to report that an agreed judgment will be filed within ten days.