

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
**ENTERED**

OCT 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAGE CAPITAL CORPORATION, ET AL. § § | |
| VS. § § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF AGREED JUDGMENT HAS BEEN FILED)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 15, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 30, 2003

TO:     MR. CHRISTOPHER H. BOSWELL
        MR. JUAN A. MAGALLANES
        MR. CARLOS O. ESCOBAR