27

United States District Court
Southern District of Texas
FILED

OCT 15 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-01-191

DATE & TIME: 10-15-03 AT 1:30 P.M.

SAGE CAPITAL CORPORATION, ET AL.

PLAINTIFF(S) COUNSEL: CHRISTOPHER H. BOSWELL

VS.

SWEEZY CONSTRUCTION, INC. ET AL.

DEFENDANT(S) COUNSEL: JUAN A. MAGALLANES, CARLOS ESCOBAR

---

Attorneys filed an Agreed Judgment. Status conference was not held.