IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 15 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a | § | |
| SAFECO CREDIT CO., INC., | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-191 |
| | § | |
| SWEEZY CONSTRUCTION, INC., | § | |
| KENT M. SWEEZY and PAULINE | § | |
| SWEEZY, | § | |
| Defendants | | |

## MOTION FOR ENTRY OF AGREED JUDGMENT (UNOPPOSED)

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO., INC., Plaintiff, files this its Unopposed Motion for Entry of an Agreed Judgment and in support thereof, would respectfully show the Court as follows:

1.  This is a suit for a deficiency claim arising out of a lease of equipment to the Defendant by the Plaintiff.

2.  For the purpose of avoiding further litigation and to buy peace, Defendants have agreed to the entry of an Agreed Judgment in the amount of One Hundred Thirty-Five Thousand Four Hundred Dollars ($135,400.00) to bear interest at the judgment rate.

3.  Plaintiff requests the entry of a Judgment against SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY, jointly and severally in the amount of One Hundred Thirty-Five Thousand Four Hundred Dollars ($135,400.00) plus interest at the post-judgment rate.

*[Signature: CH. Boswell]*

OF COUNSEL:

STAPLETON, CURTIS
& BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:      (956) 428-9191
Telecopier:     (956) 428-9283

## CERTIFICATE OF CONFERENCE

On the 26th day of September, 2003, counsel for Plaintiff contacted the counsel for Defendants regarding the above-referenced Motion and is unopposed to the above-referenced motion.

*[Signature]*

Chris Boswell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___15th___ day of ~~September~~ October, 2003, a true and correct copy of the above and foregoing Unopposed Agreed Entry of Judgment was forwarded to attorney for Defendants herein, Mr. Juan Magallanes, at 1713 Boca Chica Blvd., Brownsville, Texas 78520 via Certified Mail, Return Receipt Requested # 7002 3150 0000 0512 4949 and via facsimile (956) 544-4290.

*[Signature]*

Chris Boswell