IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAGE CAPITAL CORPORATION f/k/a SAFECO CREDIT CO., INC., Plaintiff | § § § § | |
| vs. | § | CIVIL ACTION NO. B-01-191 |
| SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY, Defendants | § § § § | |

## AGREED JUDGMENT

On this the 16TH day of OCTOBER, 2003, the Motion for Entry of Agreed Judgment (Unopposed) was presented to this Court and upon finding the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Sage Capital Corporation f/k/a Safeco Credit Company, Inc. have and recover from SWEEZY CONSTRUCTION, INC., KENT M. SWEEZY and PAULINE SWEEZY, jointly and severally, the sum of ONE HUNDRED THIRTY-FIVE THOUSAND FOUR HUNDRED DOLLARS ($135,400.00) to bear interest from the date of judgment until collection at the rate of eighteen (18%) percent per annum.

Costs of court shall be assessed against the party incurring same.

SIGNED this _____ day of _____, 2003.

_____
United States Magistrate Judge

AGREED TO:

STAPLETON, CURTIS & BOSWELL, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551
Telephone:   (956) 428-9191
Telecopier:   (956) 428-9283

By: _____
Chris Boswell, Attorneys for Plaintiff
State Bar No. 02683300
Admissions #1256


MAGALLANES, HINOJOSA & MANCIAS, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone:   (956) 544-6571
Telecopier:   (956) 544-4290

By: _____
J.A. Magallanes, Attorney for Defendants
State Bar No. 12809500
Admissions #2268

SIGNED this 16TH day of OCTOBER, 2003.

_____
United States Magistrate Judge

AGREED TO:

**STAPLETON, CURTIS & BOSWELL, L.L.P.**
P.O. Box 2644
Harlingen, Texas 78551
Telephone:   (956) 428-9191
Telecopier:   (956) 428-9283

By: _____
Chris Boswell, Attorneys for Plaintiff
State Bar No. 02683300
Admissions #1256


**MAGALLANES, HINOJOSA & MANCIAS, P.C.**
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone:   (956) 544-6571
Telecopier:   (956) 544-4290

By: _____
J.A. Magallanes, Attorney for Defendants
State Bar No. 12809500
Admissions #2258